UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Republic of Poland

    Petitioner

  v.                                          Civil Action No. 1:18-12382-RGS

Vincent J. Ryan et al

    Respondents

## ORDER OF ADMINISTRATIVE CLOSURE

May 28, 2019

STEARNS, D.J.

In accordance with the Court's Electronic Order [Dkt # 37] granting respondent's Motion to Stay, it is ORDERED that the above-entitled action be, and hereby is, administratively closed pending the dissolution of the stay.

                                                                        By the Court,

                                                                        /s/ Arnold Pacho
                                                                        Deputy Clerk