UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE REPUBLIC OF POLAND,<br><br>    Petitioner,<br><br>v.<br><br>VINCENT J. RYAN, SCHOONER CAPITAL LLC, and ATLANTIC INVESTMENT PARNTERS LLC,<br><br>    Respondents. | Case No. 1:18-cv-12382-RGS |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Petitioner the Republic of Poland and Respondents Vincent J. Ryan, Schooner Capital LLC, and Atlantic Investment Partners LLC, by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| THE REPUBLIC OF POLAND | VINCENT J. RYAN, SCHOONER CAPITAL LLC and ATLANTIC INVESTMENT PARTNERS LLC |
| By its attorneys, | By their attorneys, |
| /s/ Timothy C. Blank_____ | /s/ E. Page Wilkins_____ |
| Timothy C. Blank BBO #548670 | David E. Lurie, BBO #542030 |
| DECHERT LLP | E. Page Wilkins, BBO #654535 |
| One International Place, 40th Floor | Lurie Friedman LLP |
| 100 Oliver Street | One McKinley Square |
| Boston, MA 02110 | Boston, MA 02109 |
| Tel: (617) 728-7154 | Tel: (617) 367-1970 |
| Fax: (617) 426-6567 | Fax: (617) 367-1971 |
| Email: timothy.blank@dechert.com | Email: pwilkins@luriefriedman.com |
| | |
| Alexandre de Gramont* | Paul Barker* |
| DECHERT LLP | Daniel Tan* |
| 1900 K Street NW | DAN TAN LAW |
| Washington, DC 20006 | 155 Sansome Street, Suite 500 |
| Tel: (202) 261-3300 | San Francisco, CA 94104 |
| Fax: (202) 261-3333 | Tel: (646) 580-0080 |
| Email: alexandre.degramont@dechert.com | Email: dan@dantanlaw.com |
| *admitted *pro hac vice* | *admitted *pro hac vice* |

Michael A. Losco*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 641-5645
Email: michael.losco@dechert.com
*admitted *pro hac vice*

Dated:  December 27, 2022

3

## **CERTIFICATE OF SERVICE**

      I, Timothy C. Blank, hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 27, 2022.

                                  /s/ Timothy C. Blank_____
                                  Timothy C. Blank